FILE COPY



# COURT OF APPEALS

| | | |
|---|---|---|
| CATHERINE STONE | FOURTH COURT OF APPEALS DISTRICT | KEITH E. HOTTLE |
| CHIEF JUSTICE | CADENA-REEVES JUSTICE CENTER | CLERK OF COURT |
| KAREN ANGELINI | 300 DOLOROSA, SUITE 3200 | |
| SANDEE BRYAN MARION | SAN ANTONIO, TEXAS 78205-3037 | |
| MARIALYN BARNARD | WWW.4THCOA.COURTS.STATE.TX.US | TELEPHONE |
| REBECA C. MARTINEZ | | (210) 335-2635 |
| PATRICIA O. ALVAREZ | | |
| LUZ ELENA D. CHAPA | | FACSIMILE NO. |
| JUSTICES | | (210) 335-2762 |

March 25, 2013

Manuel C. Rodriguez, Jr.
Law Office of Manuel C. Rodriguez, Jr.
Lincoln Center - Suite 535
7800 IH-10 West
San Antonio, TX 78230

Sheri Dye
Department of Family and Protective Services
Bexar County Courthouse
100 Dolorosa, 3rd floor
San Antonio, TX 78205

Susan D. Reed
District Attorney, Bexar County
Paul Elizondo Tower 1
101 W. Nueva suite 370
San Antonio, TX 78205

RE:  Court of Appeals Number:    04-13-00174-CV
     Trial Court Case Number:    2009-PA-00997
     Style:  In the Interest of I.M.B. et al Children

 

 

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Elizabeth Montoya
Deputy Clerk, Ext. 53857

cc: Sandy Denn, Supervisor
Erminia Uviedo
Cristina T. De Leon



# Fourth Court of Appeals

## San Antonio, Texas

March 25, 2013

No. 04-13-00174-CV

**IN THE INTEREST OF I.M.B. ET AL CHILDREN,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-PA-00997
Honorable Dick Alcala, Judge Presiding

## O R D E R

This is an accelerated appeal pursuant to section 263.405 of the Texas Family Code. Appellant has filed a notice of appeal stating his intent to appeal from the trial court's judgment terminating his parental rights. The trial court clerk has informed this court that the trial court found appellant to be indigent. The reporter's record was due March 18, 2013, but has not been filed. We therefore ORDER the court reporter responsible for filing the reporter's record, Erminia Uviedo, to file the reporter's record on or before **April 4, 2013**. No extensions will be granted absent extenuating circumstances.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of March, 2013.

_____
Keith E. Hottle
Clerk of Court

*MINUTES*
Court of Appeals
Fourth Court of Appeals District
San Antonio, Texas

March 25, 2013

No. 04-13-00174-CV

**IN THE INTEREST OF I.M.B. ET AL CHILDREN,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-PA-00997
Honorable Dick Alcala, Judge Presiding

# O R D E R

This is an accelerated appeal pursuant to section 263.405 of the Texas Family Code. Appellant has filed a notice of appeal stating his intent to appeal from the trial court's judgment terminating his parental rights. The trial court clerk has informed this court that the trial court found appellant to be indigent. The reporter's record was due March 18, 2013, but has not been filed. We therefore ORDER the court reporter responsible for filing the reporter's record, Erminia Uviedo, to file the reporter's record on or before **April 4, 2013**. No extensions will be granted absent extenuating circumstances.

/s/ Karen Angelini
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of March, 2013.

/s/ Keith E. Hottle
Keith E. Hottle
Clerk of Court

Entered this 25th day of March, 2013.                                    VOL____PAGE____